UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01515-JAD-NJK<br><br>ORDER<br><br>(Docket No. 8) |

On May 4, 2022, the Court issued a screening order and granted Plaintiff until June 3, 2022, to (i) file a third amended complaint and (ii) either pay the full filing fee or file a renewed application to proceed *in forma pauperis*. Docket No. 7 at 8-9. The Court noted that, if Plaintiff failed to comply with its order, this action would be dismissed without prejudice. *Id.* at 9. On May 11, 2022, Plaintiff submitted a motion for a ninety-day extension of time to file his third amended complaint and pay the full filing fee, citing an "untreated medical condition" that makes it difficult for him to sit upright and delays in withdrawing money from his inmate trust account. *See* Docket No. 8.

The Court grants the motion for an extension of time in part. On or before Monday, July 18, 2022, Plaintiff must file his third amended complaint and either pay the full filing fee or file a renewed application to proceed *in forma pauperis*. If Plaintiff fails to comply with this order, the Court will recommend dismissal without prejudice. Docket No. 7 at 8-9.

For the foregoing reasons,

IT IS ORDERED that Plaintiff's motion to extend time, Docket No. 8, is **GRANTED** in part. On or before Monday, July 18, 2022, Plaintiff must file his third amended complaint and either pay the full filing fee or file a renewed application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file his third amended

complaint and either pay the full filing fee or file a renewed application to proceed *in forma pauperis*, this action may be dismissed without prejudice.

DATED: May 12, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE