# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Wayne Collins,<br><br>　　　　　Plaintiff<br>　v.<br><br>Nevada Department of Corrections, et al.,<br><br>　　　　　Defendants | Case No. 2:21-cv-01515-JAD-NJK<br><br>**Order Dismissing Case** |

　　　Plaintiff Ronald Wayne Collins brought this civil-rights action under 42 U.S.C. § 1983, claiming that his civil rights were violated during his time at High Desert State Prison. On May 4, 2022, I screened Collins's first amended complaint and dismissed it with leave to amend for failure to comply with Federal Rules of Civil Procedure 8, 10, 18, and 20.[1] I also denied Collins's motion for leave to file a second amended complaint, denied his application to proceed *in forma pauperis*, and gave him until June 3, 2022, to pay the full filing fee and file a third amended complaint.[2]

　　　Collins now files a motion for voluntary dismissal.[3] Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[4] I grant Collins's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. Thus, I dismiss this action without prejudice.

---

[1] ECF No. 7 at 9.
[2] *Id.* at 8–9.
[3] ECF No. 11.
[4] Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that:

- Collins's motion for voluntary dismissal [ECF No. 11] is **GRANTED**; and
- Collins's motion for clarification [ECF No. 10] is **DENIED AS MOOT**.

IT IS FURTHER ORDERED that this action is dismissed in its entirety without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close this case.

Dated: June 16, 2022

_____
U.S. District Judge Jennifer A. Dorsey